DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) Case No. 2:08-CV-01279-KJD-GWF <br> ) <br> STEPHEN M. DES CHAMPS and ) <br> MARTHA W. VLCEK, ) <br> ) <br> Defendants. ) | |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Gregory A. Kasper to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Kasper is an attorney with the Securities and Exchange Commission, an agency of the federal government. Mr. Kasper is a member in good standing of the Bar of New York, Bar Number 2735405.

Accordingly, the United States respectfully requests that an order be issued allowing Gregory A. Kasper to practice before this honorable Court.

DATED this 7th day of October 2010.

                    Respectfully submitted,

                    DANIEL G. BOGDEN
                    United States Attorney

                    */s/ Blaine Welsh*
                    BLAINE T. WELSH
                    Assistant United States Attorney

                    IT IS SO ORDERED:

                    UNITED STATES DISTRICT JUDGE

                    DATED: October 8, 2010

**PROOF OF SERVICE**

I, Blaine T. Welsh, Assistant United States Attorney, certify that the following individuals were served with the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below identified method of service:

**Electronic Case Filing**

Ryan E. Blair, Koji F. Fukumura & Mary K. Kelley
Cooley Godward Kronish LLP
4401 Eastgate Mall
San Diego, California 92121
(858) 550-6000        (858) 550-6420 (fax)
rblair@cooley.com; kfukumura@cooley.com; mkkelley@cooley.com

John H. Cotton & Christopher G. Rigler
John H. Cotton & Associates, Ltd.
2300 West Sahara Avenue, Suite 420, Box 15
Las Vegas, Nevada 89102
702-367-9993        FAX 702-367-9977
jhcotton@jhcottonlaw.com; CRigler@jhcottonlaw.com

James J. Pisanelli
Pisanelli Bice PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
702-214-2100        FAX 702-214-2101
lit@pisanellibice.com

*Attorneys for Stephen M. Des Champs*

Eugene G. Illovsky & Darryl P. Rains
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, California 94304
650-813-5600   FAX 650-494-0792
eillovsky@mofo.com; kkreuzkamp@mofo.com;DRains@mofo.com

James J. Pisanelli
Pisanelli Bice PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
702-214-2100        FAX 702-214-2101
lit@pisanellibice.com

*Attorneys for Martha W. Vleck*

DATED this 7th day of October 2010.

                                                */s/ Blaine Welsh*
                                                BLAINE T. WELSH
                                                Assistant United States Attorney