1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION,    )
                                       )
                    Plaintiff,         )    Case No.  2:08-cv-01279-KJD-GWF
                                       )
vs.                                    )    **ORDER**
                                       )
STEVEN M. DES CHAMPS and               )    Motion to Withdraw (#58)
MARTHA W. VLCEK,                       )
                                       )
                    Defendants.        )
_____)

This matter is before the Court on Plaintiff's Unopposed Motion to Allow Julie K. Lutz to Withdraw as Counsel for Plaintiff Securities and Exchange Commission (#58), filed January 31, 2011. The Court finds the movant substantially establishes good cause for the withdrawal.  In addition, Plaintiff will continue to be represented by Barbara T. Wells and Gregory A. Kasper.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion to Allow Julie K. Lutz to Withdraw as Counsel for Plaintiff Securities and Exchange Commission (#58) is **granted**.

DATED this 1st day of February, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge