# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

STEVEN M. DES CHAMPS and
MARTHA W. VLCEK,

    Defendants.

Case No. 2:08-cv-01279-KJD-GWF

**ORDER**

Request to Remove from Service List (#70)

This matter is before the Court on Non-Party Deloitte & Touche LLP and Anthony Guzzo's Request to Remove Counsel from Service List (#70), filed March 3, 2011. Deloitte & Touche states that it made a limited appearance for the limited purpose of opposing a motion to extend the deposition of Anthony Guzzo. (*Id.*) As this motion has been ruled upon, Deloitte & Touche asks to be terminated as an interested party and removed from the CM/ECF service list in this case. Accordingly,

**IT IS HEREBY ORDERED** that Non-Party Deloitte & Touche LLP and Anthony Guzzo's Request to Remove Counsel from Service List (#70) is **granted**. The Clerk of the Court shall terminate Deloitte & Touche as an interested party in this action and remove their counsel from the CM/ECF service list.

DATED this 11th day of March, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge